**Motion Granted in Part; Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00373-CV

---

### RADHA KRISHNA ORGANIZATION, Appellant

### V.

### CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Appellee

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 19-CV-1486**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 22, 2022. On June 28, 2022, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1.

The motion is granted in part and we dismiss the appeal. The court will tax costs against appellant pursuant to Tex. R. App. P. 42.1(d).

PER CURIAM

Panel consists of Justices Zimmerer, Spain and Poissant.